# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PONCIANO BOLIMA,

      Plaintiff,

v.                                             Case No:   6:21-cv-726-GAP-GJK

BENTO KISSIMMEE, LLC

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation of Dismissal With Prejudice (Doc. 23), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is **DISMISSED** with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 18, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties